Douglas ASHBY; et al., Plaintiffs— Appellants,

v.

FARMERS GROUP, INC., Defendant—Appellee.

No. 03–35673.

D.C. No. CV–01–01446–AJB.

United States Court of Appeals, Ninth Circuit.

Submitted on briefs March 8, 2005.*

Decided Aug. 4, 2005.

Steve D. Larson, Scott A. Shorr, Stoll Stoll Berne Lokting & Schlachter, PC, Portland, OR, for Plaintiffs–Appellants.

Barnes H. Ellis, James N. Westwood, Stoel Rives, LLP, Portland, OR, for Defendants–Appellees.

Before HUG, REINHARDT, and BYBEE, Circuit Judges.

## MEMORANDUM**

Plaintiffs appeal from the district court's grant of summary judgment. The district court ruled that under the Fair Credit Reporting Act "the entity contracting with

---

\* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

the policyholder is the only statutory 'taker' of adverse action" in cases in which it is alleged that an increased charge is contained in a policy of insurance. It also held that "internal decisions" that lead to an increase cannot constitute adverse actions. In light of *Edo v. GEICO Casualty Co.*, —— F.3d ——, No. 04–35279, 2005 WL 2416126 (9th Cir.2005), we reverse and remand for proceedings consistent with that opinion.

**REVERSED AND REMANDED**

---

\* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.